UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERESA HLAD**<br><br>And<br><br>**STEVEN HLAD,**<br><br>                    **Plaintiffs,**<br><br>      v.<br><br>**YOEL HIRSCH,**<br>**SARAH HIRSCH,**<br>**AIRBNB,**<br>**JOHN DOE 1-10,**<br>**ABC CO. 1-10, and**<br>**XYZ CORPORATIONS 1-10.**<br><br>                    **Defendants.** | Civil Action No. |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1331, Defendants Yoel Hirsch and Sarah Hirsch by and through its undersigned counsel, hereby remove the action captioned as <u>Teresa Hlad and Steven Hlad v. Yoel Hirsch, Sarah Hirsch, et al.</u> as filed in the Court of Common Pleas of Pike County, Pennsylvania at Docket Number 375-2023- CV ("the Action"), to the

United States District Court for the Middle District of Pennsylvania, based upon the following:

1. On April 13, 2023, Plaintiffs, Teresa Hlad and Steven Hlad (hereinafter "Plaintiffs") filed the Action in the Court of Common Pleas of Pike County, Pennsylvania at docket number 375-2023-CV.

3. Defendants Yoel Hirsch and Sarah Hirsh were served on April 22, 2023.

4. Based on the foregoing, Defendants Yoel Hirsch and Sarah Hirsch have timely filed this Notice of Removal within thirty days of being served with the Complaint and within thirty days of the date that the Action was first removable. See 28 U.S.C. § 1446(b).

5. The Action is a civil action of which this Court has diversity jurisdiction under 28 U.S.C. § 1332(a) as all parties are citizens of different states and the amount in controversy based on Plaintiff's alleged injuries exceeds $75,000.00.

6. Plaintiffs, Teresa Hlad and Steven Hlad reside at 229 Biscayne Road in Barnegat, New Jersey.

7. Defendants Yoel Hirsch and Sarah Hirsch reside at 285 Division Avenue in Brooklyn, New York.

8. Defendant Airbnb's address is listed in Plaintiff's Complaint as 888 Brennan Street, 4th Floor in San Francisco, California.

28365420.1:11932-0146

6.      In that the causes of action alleged by Plaintiffs in their Complaint arise from the performance of obligations of the parties within Pike County in the Commonwealth of Pennsylvania, the United States District Court for the Middle District of Pennsylvania should be assigned the Action.

7.      Pursuant to 28 U.S.C. § 1446(d), Defendants Yoel Hirsch and Sarah Hirsch will file a copy of this Notice of Removal with the Clerk of the United States District Court for the Middle District of Pennsylvania, will serve counsel for Plaintiffs with a copy of this Notice of Removal and will file the Notice of Removal in the Court of Common Pleas of Pike County, Pennsylvania.

**WHEREFORE**, Defendants Yoel Hirsch and Sarah Hirsch notify this Court that this Action is removed from the Court of Common Pleas of Pike County, Pennsylvania to the United States District Court for the Middle District of Pennsylvania pursuant to the provisions of 28 U.S.C. §§1332, and 1446.

                    Wood, Smith, Henning & Berman, LLP

By: *Kamela Devole* (signature)
_____
Kamela Devole, Esquire
Sarah E. Connor, Esquire

1760 Market Street, Suite 1001
Philadelphia, PA 19103
(215) 709-2250
kdevole@wshblaw.com
sconnor@wshblaw.com

*Attorneys for Defendants*,
Yoel Hirsch and Sarah Hirsch

Dated:   May 11, 2023

# CERTIFICATE OF SERVICE

I, Kamela Devole, Esquire, counsel for Defendants, Yoel Hirsch and Sarah Hirsch, certify that a true and correct copy of the *Notice of Removal* was forwarded via e-mail on May 11, 2023, upon the following counsel:

Christopher A. Bradley, Esquire
Sami Zeka, Esquire
Brandon J. Broderick, LLC
850 Bear Tavern Road, Suite 106
Ewing, NJ 08628
chris_unit@brandonjbroderick.com
sami@201injury.com
*Attorneys for Plaintiffs*

                                    WOOD, SMITH, HENNING & BERMAN, LP

                            By: _____
                                    Kamela Devole, Esquire

28365420.1:11932-0146